UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE CATALINA MARKETING CORP.
SECURITIES LITIGATION

Case No. 8:03-CV-1582-T-27TBM

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 110) on Plaintiffs' Motion for Class Certification (Dkt. 81), Defendants' Opposition (Dkt. 92), and Plaintiff's Reply (Dkt. 101). A hearing was held by the Magistrate Judge on November 30, 2005 (Dkt. 109). The parties have not filed written objections to the Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1); Local Rule 6.02.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiffs' Motion for Class Certification (Dkt. 81) is **GRANTED**.

3) This action is certified as a class action on behalf of the class of all persons who purchased the common stock of Catalina Marketing Corporation between October 14, 1999 and August 25, 2003, and were damaged thereby. Excluded from the class are Defendants, Catalina

Marketing Corporation, Daniel Granger, and Christopher Wolf, members of each Individual Defendant's family, any entity in which any Defendant has a controlling interest, and the legal affiliates, representatives, heirs, controlling persons, successors, and predecessors in interest or assigns of any such excluded party.

    4)    Lead Plaintiffs Virginia Anderson and Alaska Electrical Pension Fund are appointed class representatives.

**DONE AND ORDERED** in Tampa, Florida, on this 15th day of February, 2006.

                                              **JAMES D. WHITTEMORE**
                                              United States District Judge

Copies to:
Counsel of Record